AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America | ) |
| | ) |
| | ) |
| v. | ) Case No.   16-517 MJ |
| Omar Mantilla-Apodaca | ) |
| USC | ) |
| *Defendant* | ) |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief.

### Count 1:

On or about November 27, 2016, at or near Maricopa, in the County of Pinal, in the District of Arizona, Omar Mantilla-Apodaca, knowing and with reckless disregard of the fact that certain aliens, Feliciano Beltran-Aispuro and Alfonso Vera-Cruz, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii).

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

REVIEWED BY: AUSA James R. Knapp for AUSA Kathy J. Lemke

_____
Signature of Complainant
Sheldon W. Schmitt
U.S. Border Patrol Agent

Sworn to before me and subscribed in my presence, November 28, 2016, at Phoenix, Arizona.

_____
Signature of Judicial Officer
Honorable Michelle H. Burns
United States Magistrate Judge

## STATEMENT OF PROBABLE CAUSE

I, Sheldon W. Schmitt, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Border Patrol Agent (BPA) with U.S. Border Patrol, U.S. Customs and Border Protection.  I have learned about this investigation and the facts contained therein from direct participation in the investigation and from the reports and communications of other agents.

2. On November 27, 2016, Border Patrol Agent Justin Hilliard was in the performance of his assigned duties with the Casa Grande Border Patrol Station.  At approximately 9:30 am, Agent Hilliard was notified that Maricopa Police Officer C. Homan was requesting Border Patrol assistance with a vehicle he had stopped for exceeding the posted speed limit.  Officer Homan reported the small sports utility vehicle (SUV) he stopped contained several occupants whom he suspected were being smuggled further into the United States.

3. At approximately 10:20 am, Agent Hilliard arrived to Officer Homan's location.  Shortly after arriving, Agent Hilliard identified himself as a Border Patrol Agent to the occupants of the SUV.  Agent Hilliard then performed an immigration inspection on the occupants of the SUV.  Agent Hilliard determined the driver, later identified as Omar Mantilla-Apodaca, to be a United States Citizen.  Agent Hilliard also determined there were 11 passengers, all of whom admitted to being a national or citizen of another country other than the United States.  Additionally, none of the passengers possessed any documentation allowing them to enter, reside, or pass

1

through the United States.

4. After completing his interviews, Agent Hilliard placed the driver under arrest for suspected alien smuggling. The 11 passengers were also placed under arrest for being illegally present in the United States and not having been inspected by an immigration official. Mantilla-Apodaca was kept separate from the 11 passengers and they were all then transported to the Casa Grande Border Patrol Station for further interview and processing. Prior to being transported to the Casa Grande Border Patrol Station, Mantilla-Apodaca was issued a citation for exceeding the posted speed limit and driving on a suspended license by Officer Homan.

5. While at the Casa Grande Border Patrol Station, Omar Mantilla-Apodaca was read his Miranda Warnings by Agent Hilliard via CBP form I-214 at approximately 1:06 pm as witnessed by Agent Francisco Carruth. Mantilla-Apodaca indicated that he understood his rights, and agreed to answer questions and give a statement without a lawyer present. The following is a written synopsis of the video recorded sworn statement provided by Omar Mantilla-Apodaca.

6. Mantilla-Apodaca stated he is a natural born citizen of the United States of America and was born in Albuquerque, NM where he currently resides and works. Mantilla-Apodaca stated he is currently on disability and traveled to Phoenix to spend time with his sister for the Thanksgiving holiday.

7. When questioned about his encounter with the Maricopa Police officer, Mantilla-Apodaca stated he was on his way back to Phoenix from Maricopa when he was

pulled over. Mantilla-Apodaca stated he was in Maricopa to pick up a friend, who he referred to as one of the 11 passengers, but when asked, Mantilla-Apodaca was unable to remember his name. Mantilla-Apodaca stated that a friend of his named "Joe," had given one of the passengers he was arrested with his phone number. Mantilla-Apodaca stated Joe had asked him to pick up his uncle because he needed a ride back to Phoenix.

8. Mantilla-Apodaca stated he already knew where he needed to go in order to pick up Joe's uncle. After he arrived at the designated location, Mantilla-Apodaca stated Joe's uncle asked him for a favor, and there were several other people needing a ride. Mantilla-Apodaca stated he felt bad for the people because he felt they were, "starving to death." Mantilla-Apodaca was inconsistent in his statements, first stating he was going to only originally pick up one person and then he later stated he was going to pick up three people. Mantilla-Apodaca went on to state that he ended up picking up approximately 10 people. Mantilla-Apodaca stated the person he was originally supposed to pick up, Joe's uncle, was picked up, and traveling in the passenger seat. Mantilla-Apodaca stated that shortly after picking up the people, he was pulled over by a police officer.

9. When questioned as to whether he knew the people he was transporting were illegal aliens, Mantilla-Apodaca became defensive and denied any knowledge of them being illegally present in the United States. Contradicting his earlier statement Mantilla-Apodaca went on to state, "I knew he was an illegal, that's why I tried to give him a

ride, because I thought he was starving to death and I thought he didn't have anything to eat." Mantilla-Apodaca further stated the vehicle he was driving was borrowed from a friend. Mantilla-Apodaca stated he told his friend he was going to the store and he did not know he had taken the SUV to Maricopa. Mantilla-Apodaca was unable to remember the name of his friend that loaned him the SUV. Mantilla-Apodaca denied ever being offered any kind of monetary gain for transporting any of the people back to the Phoenix, AZ area.

10. While at the Casa Grande Border Patrol Station, Feliciano Beltran-Aispuro was interviewed by Agents Geiddy Lopez and Michas Nikos. The following is a written synopsis of the video recorded statement provided by Feliciano Beltran-Aispuro.

11. Beltran-Aispuro stated he was born in the state of Durango, Mexico on June 9, 1973. Beltran-Aispuro admitted he has never applied or received any immigration documents that would allow him to enter, pass through or remain in the United States legally. Beltran-Aispuro further stated both of his parents are citizens of Mexico and that they never been in the United States before.

12. Beltran-Aispuro claimed he made his smuggling arrangements with an unknown smuggler in Sonoyta, Sonora, Mexico. Beltran-Aispuro stated he was going to be charged $5,000 U.S. Dollars to be smuggled into the United States. Beltran-Aispuro stated his final destination was Phoenix, Arizona and he was going to work in construction. Beltran-Aispuro stated he was told that the journey would take seven days of walking through the desert. Beltran-Aispuro stated after agreeing to the terms,

he was transported to an abandoned house where he waited for approximately seven days before he crossed illegally into the United States. While he was at the property, he claims he observed approximately 20 other people waiting to be smuggled into the United States by the same organization.

13. On or about November 15, 2016, Beltran-Aispuro stated he and ten other people were picked up by the unknown smuggler and issued backpacks with supplies for their journey. Beltran-Aispuro stated he and the rest of the group were than driven to the International Boundary Fence (IBF) via car. Once at the IBF, Beltran-Aispuro stated he and the rest of the group waited authorization from the unknown smuggler to cross into the United States. Beltran-Aispuro stated the entire group, including their unidentified smuggler/foot-guide, jumped the IBF into the United States before noon on November 15, 2016.

14. Beltran-Aispuro claimed his group walked for approximately 13 days through the desert before they reached the location where they were to be picked up. Once he arrived to the pick-up location, he stated they waited for one day before they were finally picked up. Beltran-Aispuro claimed they spent the whole day hiding on top of the mountain until they were told by their smuggler otherwise. On November 27, 2016, their smuggler informed them that a vehicle was on the way to pick them up. Beltran-Aispuro stated that since they were on top of the mountain he was able to see the vehicle that was coming to pick them up driving towards their location. Beltran-Aispuro and the rest of the group walked down the mountain and met the vehicle. He

6

described their load up location as an isolated mountain, near an unmaintained dirt road.

15. Beltran-Aispuro described the vehicle as a small 4-door SUV, red/orange in color with two rows of seats. Furthermore, Beltran-Aispuro claimed that once they met the vehicle, he sat in the front passenger seat, and the others sat in the back of the SUV. Beltran-Aispuro recalled that four people were sitting in the middle row, and the rest of the occupants were laying down in the back part of the SUV. Beltran-Aispuro claims their smuggler stayed behind and that the driver told them to stay down and try not to move too much.

16. Beltran-Aispuro stated once they were all inside the vehicle, the driver drove for approximately one kilometer on the dirt road before they reached a highway. Once they reached the highway, Beltran-Aispuro stated they drove for approximately 30 minutes before they were pulled over by a police officer and subsequently turned over to Border Patrol.

17. Beltran-Aispuro was given a photo-line up to identify the driver and he was not able to positively identify the driver. However, Beltran-Aispuro was asked if he could describe the driver's appearance. Beltran-Aispuro successfully described the driver's attire and general appearance. Beltran-Aispuro described him as wearing a striped light color shirt, slender, and fair skin. The description was accurate to Omar Mantilla-Apodaca's attire at the time of his arrest.

18. While at the Casa Grande Border Patrol Station, Alfonso Vera-Cruz was interviewed

by Agents Victor Trinidad and Jesus Rosales.   The following is a written synopsis of the video recorded statement provided by Alfonso Vera-Cruz.

19. Vera-Cruz stated that he was not under the influence of any drug, medication or alcohol. VERA also stated that he is a citizen of Mexico who wanted to immigrate to New York.

20. Vera-Cruz stated that he contacted a smuggler in Chiapas who told him that he would have to pay $700.00 USD to have safe travel from Chiapas, Mexico to Sonoyta, Sonora, Mexico. Once in Sonoyta, Vera-Cruz was told that he would be offered a job. The job consisted of Vera-Cruz carrying a large backpack containing marijuana and in turn he wouldn't have to pay a smuggling fee from the International Boundary Fence (IBF) to Phoenix, Az. Vera-Cruz stated that he was told that he would be paid $300.00 USD once he arrived in Phoenix. From Phoenix he would have to arrange his own travel to New York.

21. Vera-Cruz stated that he agreed to do the job and travelled to Sonoyta. Once in Sonoyta, he was taken to the IBF along with 10 other people. Vera-Cruz stated that eight of the 10 people were carrying a large backpack containing marijuana. Vera-Cruz stated that the group walked for 11 days when a helicopter spotted his group. Vera-Cruz stated that every person who was carrying a marijuana backpack dropped their backpack when they saw the helicopter. Vera-Cruz stated that he ran up a mountain and re-grouped with seven other people from his group. Vera-Cruz stated that he never saw the group's foot guide again and also stated that he doesn't know if

law enforcement seized the backpacks of marijuana.

22. Vera-Cruz stated that the group decided to wait in the mountain to see if the foot guide would return because they were close to a paved road and were told that they would be picked up at the next paved road. Vera-Cruz stated that they waited for four days when they saw another group of drug mules walk near the hill. A person from Vera-Cruz's group made contact with the other group and asked them for help. According to Vera-Cruz, he said that the other group of drug mules consisted of people from Haiti. Vera-Cruz stated that the drug mules from Haiti that his group spoke to had a guide by the name of Pepe.

23. Pepe called a load driver to pick up Vera-Cruz's group. Vera-Cruz stated that a vehicle drove near a road where they were and the group ran to vehicle and got in. Vera-Cruz stated that as he approached the vehicle the driver of the vehicle, who was later identified as Omar Mantilla-Apodaca, told him in the Spanish language "subanse plebes, que los estoy esperando" meaning "get in guys, I am waiting for you." Vera-Cruz stated that he was in the back part of the vehicle and was told by Mantilla to lay down because the vehicle would be passing by some cameras and Mantilla didn't want the cameras to see that the vehicle was full of people.

24. Vera-Cruz stated that Mantilla drove off and drove for approximately 30 minutes before the vehicle was pulled over by law enforcement.

25. BPA Rosales showed Vera-Cruz a paper containing six pictures numbered 1-6 of different males to see if he could identify any of the people in the pictures. Vera-Cruz

was able to identify #5 as the load driver, Vera-Cruz stated that #5 was the vehicles driver.

26. Based on the above stated facts, your affiant submits that there is probable cause to believe that on or about November 27, 2016,  at or near Maricopa, Arizona in the County of Pinal, in the District of Arizona, Omar Mantilla-Apodaca, knowing and with reckless disregard of the fact that certain aliens, Feliciano Beltran-Aispuro and Alfonso Vera-Cruz, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).


Signature of Complainant
Sheldon W. Schmitt
U.S. Border Patrol Agent


Sworn to and subscribed before me this 28th day of November, 2016.


Signature of Judicial Officer
Honorable Michelle H. Burns
United States Magistrate Judge


10